UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Timothy E. Belgard  CASE NO.: 14-
       Jennifer Dawn Belgard

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by payroll deduction (joint debtor employer) into the Chapter 13 Plan monthly payments of $1,280 for sixty (60) months.

**II.** Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| **Hibernia National Bank/Capital One** collateral - House and 1 lot located at 67 Vit Road Pineville, LA | $138,517.00 | $980.00 |

**III.** Claims to be paid by Trustee.

    **A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,200.00. The Trustee shall receive fees of approximately 10% of plan payments.

    **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

        **1. Real Property:**

            Hibernia National Bank/Capital One: collateral-house & lot located at 67 Vit Road, Pineville, LA; estimated pre-petition arrears in the amount of $3,000. As adequate protection, the creditor, Hibernia National Bank/Capital One, shall be paid $25 per month concurrently with the administrative expenses for the case.

        **2. Personal Property:**

            American Honda Finance: collateral - 2012 Honda Accord; estimated secured claim of $14,187 to be paid with interest at 6%. As adequate protection, the creditor, American Honda Finance, shall be paid $25 per month until the debtor's attorney fees are paid in full.

            Capital One Auto Finance: collateral - 2013 Nissan Frontier; estimated secured claim of $24,350 to be paid with interest at 6%. As adequate protection, the creditor, Capital One Auto Finance, shall be paid $25 per month until the debtor's attorney fees are paid in full.

    **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

        Internal Revenue Service        $2,515.00

    **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

Respectfully submitted this 24th day of October, 2014.

                          McBride Law Firm

                          /s/Thomas C. McBride
                        By: Thomas C. McBride (#09210)
                            Kathryn A. Wiley (#33672)
                            Thomas C. McBride, LLC
                            McBride Law Firm
                            301 Jackson Street, Suite 101
                            Alexandria, LA 71301
                            Telephone (318) 445-8800
                            Facsimile (318) 445-8066