UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Timothy E. Belgard
       Jennifer Dawn Belgard

CASE NO.: 14-81129

## SEVENTH CHAPTER 13 PLAN
## ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED

**I.** Debtors propose to pay by payroll deduction (joint debtor employer) into the Chapter 13 Plan total payments of $17,221.79 in the first fifteen (15) months; then monthly payments of $760 (beginning Februry, 2016) for forty-five (45) months for a total of sixty (60) months.

**II.** Claims to be paid directly by debtor.

| | Estimated Balance Due | Monthly Payment |
|---|---|---|
| **Hibernia National Bank/Capital One** collateral - House and 1 lot located at 67 Vit Road Pineville, LA | **$138,517.00** | **$980.00** |

**III.** Claims to be paid by Trustee.

    **A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,200; plus an additional $500 for the preparation of this modification. The Trustee shall receive fees of approximately 10% of plan payments.

    **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

        **1. Real Property:**

        Hibernia National Bank/Capital One: collateral-house & lot located at 67 Vit Road, Pineville, LA; estimated pre-petition arrears in the amount of $2,850.48. As adequate protection, the creditor, Hibernia National Bank/Capital One, shall be paid $25 per month concurrently with the administrative expenses for the case.

        **2. Personal Property:**

        American Honda Finance: collateral - 2012 Honda Accord; estimated secured claim of $21,321.03 to be paid with interest at 6%. As adequate protection, the creditor, American Honda Finance, shall be paid $200 per month until the debtor's attorney fees are paid in full.

        Capital One Auto Finance: collateral - 2013 Nissan Frontier; estimated secured claim of $24,086.54 - TO BE SURRENDERED IN FULL SATISFACTION.

        Tower Loan of Pineville: collateral - HHG; secured claim of $478.25 to be paid with interest at 5%. As adequate protection, the creditor, Tower Loan, shall be paid $25 per month until the debtor's attorney fees are paid in full.

    **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

        Internal Revenue Service        $1,678.50

    **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

        Internal Revenue Service        $849.11

Respectfully submitted this 18TH day of February, 2016.

        McBride Law Firm

        /s/Thomas C. McBride
By: Thomas C. McBride (#09210)
     Kathryn A. Wiley (#33672)
     Thomas C. McBride, LLC
     McBride Law Firm
     301 Jackson Street, Suite 101
     Alexandria, LA 71301
     Telephone (318) 445-8800
     Facsimile (318) 445-8066